IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                        ORDER

                 Plaintiff,

                                                 08-cr-144-bbc

    v.

RONALD SELLERS,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Ronald Sellers has asked for an order compelling the government to turn over personal property seized from him. I will give the government until April 2, 2010, to advise the court whether it has the personal property and, if so, why it should not be required to return it to defendant in care of his father.

       Entered this 29th day of March, 2010.

                                                 BY THE COURT:
                                                 /s/
                                                 BARBARA B. CRABB
                                                 District Judge